Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JENNIFER JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-00141  MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: September 23, 2010 |
| JENNIFER JESS, | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant JENNIFER JESS by and through her counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday September 23, 2010 be continued to Thursday October 21, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, the prosecution provided a plea agreement for defense consideration.

10cr00141.so.0927.doc
09/27/10

- 1 -

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: September 21, 2010

                       Respectfully submitted,

                       /s/ Preeti Bajwa_____
                      PREETI K. BAJWA
                      Attorney for Defendant
                      JENNIFER JESS

DATED: September 21, 2010        BENJAMIN WAGNER
                      United States Attorney

                      /s/ Samantha Spangler_____
                      SAMANTHA SPANGLER
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

# **ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including October 21, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE