Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JENNIFER JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-00141 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 21, 2010 |
| JENNIFER JESS | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant JENNIFER JESS by and through her counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday October 21, 2010 be continued to Thursday December 2, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, the prosecution provided a plea agreement for defense consideration.

10cr00141.so.1021.doc
10/21/10

- 1 -

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: October 19, 2010

        Respectfully submitted,

        _/s/ Preeti Bajwa_____
        PREETI K. BAJWA
        Attorney for Defendant
        JENNIFER JESS

DATED: October 19, 2010        BENJAMIN WAGNER
        United States Attorney

        _/s/ Samantha Spangler_____
        SAMANTHA SPANGLER
        Assistant U.S. Attorney
        Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. The status conference in this matter is continued from October 21, 2010 to December 2, 2010. Time is excluded from today's date through and including December 2, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 21, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

10cr00141.so.1021.doc
10/21/10

- 3 -