| | |
|---|---|
| 1 | Law Offices of Preeti K. Bajwa |
| 2 | Preeti K. Bajwa (SBN 232484) |
| 3 | 901 H. Street, Suite 208 |
| 4 | Sacramento, CA 95814 |
| | (916) 444-7100 |
| 5 | Attorney for Defendant |
| 6 | JENNIFER JESS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-00141 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: December 2, 2010 |
| | TIME: 9:00 a.m. |
| JENNIFER JESS | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant JENNIFER JESS by and through her counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday December 2, 2010 be continued to Thursday January 27, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

10cr00141.so.1130.doc
11/30/10

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED:  November 29, 2010

Respectfully submitted,

 /s/ Preeti Bajwa_____
PREETI K. BAJWA
Attorney for Defendant
JENNIFER JESS


DATED:  November 29, 2010       BENJAMIN WAGNER
United States Attorney

 /s/ Samantha Spangler_____
SAMANTHA SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

1
2   **ORDER**

3   IT IS SO ORDERED. The status conference in this matter is continued from
4   December 2, 2010 to January 27, 2011. Time is excluded from today's date through and
5
6   including January 27, 2011 in the interests of justice pursuant to 18 U.S.C. section
7   3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

8   DATED: November 30, 2010

9
    _____
10  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com