BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,        )<br>                             )<br>v.                           )<br>                             )<br>JENNIFER LYNN JESS, et al., )<br>                             )<br>          Defendants.       )<br>_____) | Case No. 2:10-cr-141 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE TO<br>JULY 7, 2011 |

   It is hereby stipulated between the parties, through undersigned counsel, that the status conference scheduled for March 3, 2011, may be continued to Thursday, July 7, 2011, at 9:00 a.m., for the following reasons.

   The defendant, Ms. Jess, has not yet undergone bariatric surgery to address her medical problems, including morbid obesity, chronic back pain, and bilateral hip pain.  She has continued to meet with doctors in preparation for that surgery and it is likely to be scheduled within the next six to eight weeks.  She will need time thereafter to experience the benefits of that surgery before coming to Court.  Additionally, her attorney is expecting to deliver a baby toward the end of April.

1  The parties believe it is likely that sufficient progress will have
2  been made by July 7, 2011, to justify scheduling this matter for
3  that date for further status conference, at which the defendant may
4  change her plea.

5  DATED:  March 1, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
6

7                                  By:  /s/ Samantha S. Spangler
                                        Samantha S. Spangler
8                                       Assistant U.S. Attorney

9

10 DATED:  March 1, 2011                /s/ Preeti Bajwa
                                        Preeti K. Bajwa
11                                      Attorney for Jennifer Lynn Jess

12      IT IS SO ORDERED.

13  Dated: March 2, 2011

14

15

16  _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE