Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JENNIFER JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:10-CR-00141 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 20, 2011 |
| JENNIFER JESS | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant JENNIFER JESS by and through her counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Tuesday September 6, 2011 be continued to Thursday October 20, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, Ms. Jess is presently in the process of being scheduled to undergo bariatric surgery in September 2011. This is to treat a myriad of medical problems from which Ms. Jess is suffering including chronic back, bilateral hip pain and morbid obesity.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: August 30, 2011

                Respectfully submitted,

                _/s/ Preeti Bajwa_____
                PREETI K. BAJWA
                Attorney for Defendant
                JENNIFER JESS

DATED: August 30, 2011        BENJAMIN WAGNER
                United States Attorney

                _/s/ Samantha Spangler_____
                SAMANTHA SPANGLER
                Assistant U.S. Attorney
                Attorney for Plaintiff

## **ORDER**

The status conference in this matter is continued from September 6, 2011 to October 20, 2011. Time is excluded from today's date through and including October 20, 2011 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.  The Court specifically finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

September 1, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE