```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00141 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING RESTITUTION |
| JENNIFER LYNN JESS, et al., | |
| Defendants. | |

It is hereby stipulated between the parties, through undersigned counsel, that the Court should set the restitution in this case for Jennifer Jess at $25,722, to be paid jointly and severally with the co-defendant, Theresa Constancio a.k.a. Theresa Gallindo.

DATED: July 16, 2011                      BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ Samantha S. Spangler
                                          Samantha S. Spangler
                                          Assistant U.S. Attorney

///

///

///

1

```
1  DATED: July 16, 2011              /s/ Preeti Bajwa
                                     Preeti K. Bajwa
2                                    Attorney for Jennifer Lynn Jess

3       IT IS SO ORDERED.

4

5   Dated: July 17, 2012

6

7                                    _____
                                     MORRISON C. ENGLAND, JR.
8                                    UNITED STATES DISTRICT JUDGE
```